**UNITED STATES BANKRUPTCY COURT**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Patricia Halsey : CHAPTER 13
  Debtor :
   BANKRUPTCY NO.24-10126

## MOTION TO DISMISS CASE

AND NOW, comes the debtor, PATRCIA HALSEY, by and through his attorney, Gary E. Thompson, and request that the above captioned bankruptcy case be dismissed against him only as follows:

1. Debtor filed for relief under the United States Bankruptcy Code on January 16, 2024.
2. The debtor is no longer desirous of being in the present Chapter 13 Bankruptcy.
3. Pursuant to section 1307 (b) of the Bankruptcy Code, Debtor, Patricia Halsey, may seek to have her bankruptcy case voluntarily dismissed at any time.

WHEREFORE, Debtor, PATRICIA HALSEY respectfully request that the court, after a hearing, enter an Order dismissing this bankruptcy case.

DATE: 2/5/24                                                                                      /S/
                                                                                      _____
                                                                                      GARY E. THOMPSON
                                                                                      ATTORNY FOR DEBTOR