# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: PATRICIA HALSEY**                        **CHAPTER 13**
        Debtor

                                                                 **BANKRUPTCY NO. 24-10126**

## CERTIFICATE OF SERVICE

I, Gary E. Thompson, Esquire, hereby certify that I have served COPY OF THE Motion to Voluntary Dismiss Case by US Mail and the court's electronic filing system on or about February 5, 2024 to the following:

United States Trustee
833 Chestnut Street
Philadelphia, PA 19106

Trustee Ken West
POB 40119
Philadelphia, PA 19106


All Creditors on Matrix
.

                                                             /S/
                                          GARY E. THOMPSON, ESQUIRE
                                          Attorney for Debtor.

2/5/24