## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: PATRICIA HALSEY | : | CHAPTER 13 |
| Debtor | : | |
| | | BANKRUPTCY NO. 24-10126 |

### ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Debtor PATRICIA HALSEY'S Motion to Dismiss, it is hereby ORDERED that said Motion be GRANTED and that the above referenced Chapter 13 be voluntarily dismissed .

_____
                                                                                                              J.

_____