**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:PATRICIA HALSEY | : | CHAPTER 13 |
| Debtor | : | |
| | | BANKRUPTCY NO. 24-10126 |

**ORDER**

AND NOW, this  14th  day of  March  ,2024, upon consideration of Debtor PATRICIA HALSEY'S Motion to Dismiss, it is hereby ORDERED that said Motion be GRANTED and that the above referenced Chapter 13 be voluntarily dismissed .

_____
                                                                    J.